

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2020

No. 04-20-00106-CV

**SINKIN & BARRETTO, P.L.L.C.** and Stephanie Bandoske as Personal Representative of the Estate of Arthur Gregory Augustine, Deceased,
Appellants

v.

Martha **MCCRACKEN** and Cohesion Properties, Ltd.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00637
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

In this accelerated appeal, Appellants' brief is due on March 30, 2020. Before the due date, Appellants filed an unopposed first motion for a thirty-day extension of time to file their brief.

Appellants' motion is GRANTED. Appellants' brief is due on April 29, 2020. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court